UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARREN HERSHKOWITZ,<br><br>Plaintiff,<br><br>-against-<br><br>THINK TECH LABS, LLC, and VIJAY MEHRA,<br><br>Defendants. | 13-CV-05564 (RMB)<br><br>**ECF CASE** |

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Think Tech Labs, LLC (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: August 16, 2013

                                            HAYNES and BOONE, LLP
                                            *Attorneys for Defendants*

                                  By:  /s/ Kenneth J. Rubinstein
                                         Kenneth J. Rubinstein (KR-1410)
                                         30 Rockefeller Plaza, 26th Floor
                                         New York, New York 10112
                                         (212) 659-7300
                                         ken.rubinstein@haynesboone.com

N-231148_1