UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Hershkowitz
                    Plaintiff(s),

        - v -

Think Tech Labs
                    Defendant(s).
-----------------------------------------------------------X

**Case Management Plan**

13 CV. 5564 (RMB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/13

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by _____

(ii)    Amend the pleadings by _____

(iii)   All discovery to be **expeditiously** completed by  1/6/14 (all discovery)

(iv)    Consent to Proceed before Magistrate Judge _____

(v)     Status of settlement discussions  1/6/14 @ 10:00 AM with pwyples

**Sections vi through xi will be set at conference with the Court.**

(vi)    Motions  See Court's Individual Rules

(vii)   Oral Argument _____

(viii)  Joint Pre-Trial Order to be submitted by _____

(ix)    Final Pre-Trial Conference _____

(x)     Trial _____

(xi)    Other  Discovery issues referred to Magistrate Judge Peck

SO ORDERED: New York, New York
            9/3/13

                                                    RMB
                                        Hon. Richard M. Berman, U.S.D.J.