```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WARREN HERSHKOWITZ,

                          Plaintiff,                    13 **CIVIL** 5564 (RMB)

     -against-                                **JUDGMENT**

THINK TECH LABS, LLC and VIJAY MEHRA,
in His Individual Capacity and In His Capacity as
CEO of Think Tech Labs,
                         Defendants.
------------------------------------------------------------X

      Whereas the Court having held a bench trial on October 29, 2014; on December 15, 2014, both Plaintiff and Defendants having filed separate Proposed Findings of Fact and Conclusion of Law, and the matter having come before the Honorable Richard M. Berman, and the Court on June 19, 2015, having issued its Findings of Fact & Conclusion of Law concluding that Plaintiff has failed to prove his claim by a preponderance of the evidence, and that Defendants have failed to prove their counterclaim by a preponderance of the evidence, and directing the Clerk of the Court to enter judgment in favor of Defendants and against Plaintiff and to close this case,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of Fact & Conclusion of Law dated June 19, 2015, judgment is hereby entered in favor of Defendants' and against Plaintiff; accordingly, the case is closed.

DATED: New York, New York
           June 23, 2015

                                                        **RUBY J. KRAJICK**
                                                           Clerk of Court

                                     BY:

                                                            Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____